# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-2957
_____

Michael Douglas Frazier

*Plaintiff - Appellant*

v.

Tammy Glenn, Nurse Practitioner, Greene County Detention Center; Brent Cox, Chief of Detention, Greene County Detention Center; Hannah O'Neal, Medical Employee, Greene County Detention Center

*Defendant*s

Estella Bland, 'Sanction Program Supervisor/Admin', Medical Department

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Northern

_____

Submitted: October 24, 2025
Filed: October 29, 2025
[Unpublished]

_____

Before SMITH, GRUENDER, and STRAS, Circuit Judges.

_____

PER CURIAM.

Michael Frazier claims a correction-center nurse withheld his medications. He did not, however, establish that he appealed the denial of his administrative grievances before suing. *See Smith v. Andrews*, 75 F.4th 805, 808 (8th Cir. 2023) (explaining the exhaustion requirement and applying de novo review); *see also Awnings v. Fullerton*, 912 F.3d 1089, 1098–99 (8th Cir. 2019) (recognizing that unsupported allegations are not enough to avoid summary judgment). We accordingly affirm the district court's[1] grant of summary judgment in the nurse's favor. *See* 8th Cir. R. 47B.

———————————————————

[1]The Honorable D.P. Marshall Jr., United States District Judge for the Eastern District of Arkansas, adopting the partial recommendation of the Honorable Edie R. Ervin, United States Magistrate Judge for the Eastern District of Arkansas.